No. 80–6621.  BEARD *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 80–6622.  WHITE *v.* KENTUCKY.  Ct. App. Ky.  Certiorari denied.

No. 80–6632.  HELMICK *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 80–6638.  PITTS *v.* TEXAS.  Ct. Crim. App. Tex.  Certiorari denied.

No. 80–6667.  KENNEDY *v.* DUCKWORTH, WARDEN, ET AL. C. A. 7th Cir.  Certiorari denied.

No. 80–6708.  YAGER *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 80–6717.  CARTER *v.* THEUS.  C. A. 10th Cir.  Certiorari denied.

No. 80–6718.  ROSE *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 80–6735.  CASTLEBERRY *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 80–6744.  ANNUNZIATO ET AL. *v.* UNITED STATES. C. A. 9th Cir.  Certiorari denied.

No. 80–6745.  BAISDEN *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 80–6748.  BRIM *v.* UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 80–6752.  BENNETT *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 80–6762.  AGUIRRE-CARRERA *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.